UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Restitution** |
| v. | **S1 17 Cr. 445 (NRB)** |
| MELISSA CHAN, | |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Eli J. Mark and Jacob E. Warren, Assistant United States Attorneys, of counsel; the defendant's conviction on Count One of the above Information; the defendant's Presentence Investigation Report, dated February 14, 2018; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** MELISSA CHAN, the defendant, shall pay restitution in the total amount of $1,259,590.47 to United Realty Management, the victim of the offense charged in Count One.

**2. Address of Restitution.** Restitution payments are to be addressed to the "Clerk of Court," include the defendant's name and his corresponding docket number, and be sent to 500 Pearl Street, New York, NY 10007. The Clerk of Court will then forward any restitution payments to:

United Realty Management
40 East 69th Street, 4th Floor
New York, NY 10021-5016
Attention: John Silverman

Upon advice of a change of address or name of the individual to whom restitution should be sent, the Clerk of the Court is authorized to send payments to the new address/individual without further order of this Court.

**3. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically, co-defendants Louis Litvin and Chitakra Ramudit, both of whom were separately charged by information in 17 Cr. 445 (NRB). Defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victim has been paid the total amount of its loss from all the restitution paid by the defendant and co-defendants Litvin and Ramudit in this matter.

**4. Schedule of Payments.** Restitution shall be paid in monthly installments of at least 20% of gross monthly income over a period of supervision to commence 30 days after the date of the judgment of conviction or the defendant's release from custody, whichever is later.

If the defendant is incarcerated and engaged in a Bureau of Prisons ("BOP") non-UNICOR work program, the defendant must pay at least $25 per quarter toward his criminal financial penalties.  However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the defendant must pay 50% of his monthly UNICOR earnings toward the criminal financial penalties, consistent with BOP regulations at 28 C.F.R. § 545.11.

The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York

September 14, 2020

HON. NAOMI REICE BUCHWALD
SENIOR UNITED STATES DISTRICT JUDGE

2